IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD M.,<br><br>        Petitioner,<br>v.<br><br>MARTIN O'MALLEY,[1]<br><br>        Respondents. | CIVIL ACTION<br>NO. 2:22-cv-00003 |

## ORDER

**AND NOW**, this 9th day of September 2024, upon consideration of the Plaintiff's Request for Review (Doc. No. 9), and any responses and replies thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos (Doc. No. 17), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Request for Review is **DENIED**, and the final order of the Commissioner of Social Security is **AFFIRMED**.

3. Judgment will be entered by separate order filed contemporaneously with this order.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] This action was originally brought against Kilolo Kijakazi, the Commissioner of Social Security, when the case was filed. Martin O'Malley became Commissioner of Social Security on December 20, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. O'Malley has been substituted as the defendant in this matter.